July 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WELLS FARGO BANK, N.A. FKA WELLS FARGO BANK MINNESOTA,
N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF J.P. MORGAN
CHASE COMMERCIAL MORTGAGE SECURITIES CORP., COMMERCIAL
PASS THROUGH CERTIFICATES, SERIES 2003-PMI, ACTING THROUGH
SERVICER ORIX CAPITAL MARKETS, LLC, Appellant

NO. 14-12-00574-CV                          V.

MICHAEL B. SMUCK AND EDWIN A. WHITE, Appellees

_____

  This cause, an appeal from the judgment in favor of appellees, Michael B. Smuck and Edwin A. White, signed May 10, 2012, was heard on the transcript of the record.  We have inspected the record and find the trial court erred by rendering a take-nothing judgment.  We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellant, Wells Fargo Bank, N.A. FKA Wells Fargo Bank Minnesota, N.A., as Trustee for the Registered Holders of J.P. Morgan Chase Commercial Mortgage Securities Corp., Commercial Pass Through Certificates, Series 2003-PMI, acting through servicer ORIX Capital Markets, LLC, recover $10,068,453.49 from appellees, Michael B. Smuck and Edwin A. White, jointly and severally.

  We order appellees, Michael B. Smuck and Edwin A. White, jointly and severally, to pay all costs incurred in this appeal.

  We further order this decision certified below for observance.